FILED
September 17, 2015
Third Court of Appeals
Jeffrey D. Kyle
Clerk

Cause No. 03-14-00512-CR

**CRAE ROBERT PEASE**
Appellant

v.

**THE STATE OF TEXAS**
Appellee

**APPELLANT'S THIRD MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF**

**TO THE HONORABLE COURT OF APPEALS:**

Crae Robert Pease, Appellant, moves this Court to grant an extension of time to file Appellant's Brief, and respectfully states:

1. Appellant's Brief had been extended by this court to a due date of September 13, 2015. However, in organizing his Appellate brief, he discovered that the record wasn't complete, and Appellant filed a Motion to Supplement the Record on September 8, 2015.

2. The Supplement, the clerk's minutes, plays a crucial part in the writing of his brief, and he would be deprived of a possible avenue of relief if he cannot have access to the record and/or the record is not in evidence in the case file.

3. Appellant seeks a fourteen day extension of time to file Appellant's Brief from the date he receives the Clerk's minutes. Since he cannot predict when that date will fall, he cannot apply a finite date on the extension.

RECEIVED
SEP 1 7 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

4. This extension of time is necessary because Appellant believes that the Clerk's minutes will cause the court to rule in his favor.

5. This is the third extension of time Appellant has sought for the filing his brief.

For these reason, Crae Robert Pease requests that this court render an order extending the time for filing Appellant's Brief to fourteen days after this court r receives the Clerk's minutes which were requested on September 8, 2015.

Crae Robert Pease
6715 Skynook Drive
Austin, Texas 78745
(512) 538-6099

## CERTIFICATE OF CONFERENCE

On September 17, 2015, an attempt was made to confer with William Swaim, attorney for Appellee, in order to confer as to the extension but was unable to reach Mr. Swaim.

Crae Robert Pease

## CERTIFICATE OF SERVICE

On September 17, 2015, a copy of the attached motion for extension of time was sent by U. S. Postal Service to:

William Swaim
Travis County Attorney's Office
P. O. Box 1748
Austin, Texas 78767